UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN KENYATTA HESTER,**

    **Petitioner,**

v.                                                     **Case No. 1:25-cv-153-TKW-MAF**

**WARDEN, NORTH FLORIDA**
**EVALUATION AND TREATMENT**
**CENTER,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 11). No objections were filed.[1]

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The R&R mailed to Petitioner's address of record was returned as undeliverable with no known forwarding address. *See* Doc. 12. Petitioner's failure to keep the Court apprised of his current address of record is an additional ground for dismissal.

2. This case is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 20th day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**